Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper needle holders the same in all material respects as those the subject of Abstract 63099, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 25, 1961

No. 65496.—Flandria Cycle Corp. v. United States, protest 321115–K (Boston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65497.—Flandria Cycle Corp. et al v. United States, protests 58/1841, etc. (Baltimore).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65498.—Seedman International Corp. v. United States, protest 58/7846 (Philadelphia).